UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

DAVID MONTERO.

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

20 Mag 10183

Defendant ___DAVID MONTERO_____ hereby voluntarily consents to participate in the following proceeding via __x__ videoconferencing or __x__ teleconferencing:

__X__   Initial Appearance Before a Judicial Officer

____   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X__   Bail/Detention Hearing

____   Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_DAVID MONTERO_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

_RICHARD D. WILLSTATTER_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_9/23/2020_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge